# Court of Appeals
# of the State of Georgia

ATLANTA, February 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0859. LEANDER HOWARD v. SN INTERIOR FINISH, LLC.**

After the trial court entered a default judgment in favor of plaintiff Leander Howard and against defendant SN Interior Finish, LLC, the case proceeded to a bench trial on damages. The trial court awarded Howard $4,275, plus $274.72 in court costs, which was less than Howard sought. Proceeding pro se, Howard now seeks to appeal this judgment. This Court, however, lacks jurisdiction.

Under OCGA § 5-6-35 (a) (6), the discretionary appeal procedures apply to "[a]ppeals in all actions for damages in which the judgment is $10,000.00 or less." See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Here, because the judgment amount does not exceed $10,000, Howard was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (6). His failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/16/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*